AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **VIRGINIA**

USA

V.

KENDALL DEMARKO WYSINGER

**EXHIBIT AND WITNESS LIST**

Case Number: 5:17CR00022

| PRESIDING JUDGE<br>Elizabeth K. Dillon | PLAINTIFF'S ATTORNEY<br>Erin Kulpa | DEFENDANT'S ATTORNEY<br>Darren Bostic |
|---|---|---|
| TRIAL DATE (S)<br>1/7/2019 - 1/15/2019 | COURT REPORTER<br>S. Ferris | COURTROOM DEPUTY<br>B. Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 1/7/2019 | x | x | Photo of Car | (M. Jump) |
| 2 | | 1/7/2019 | x | x | Photo of Wysinger in Car | (M. Jump) |
| 3 | | 1/7/2019 | x | x | Photo of Wysinger in Front of Car | (M. Jump) |
| 4 | | 1/7/2019 | x | x | Photo of Wysinger in Front of Back of Car | (M. Jump) |
| 6 | | 1/8/2019 | x | x | CD With Information from Phone Number 571-212-0287 | (C. Dillon) |
| 6A | | 1/8/2019 | x | x | Certificate of Authenticity from AT&T dated 9/19/2018 | (C. Dillon) |
| 7 | | 1/8/2019 | x | x | CD With Information from Phone Number 301-473-0299 | (C. Dillon) |
| 7A | | 1/8/2019 | x | x | Certificate of Authenticity from Sprint dated 9/19/2018 | (C. Dillon) |
| 8 | | 1/8/2019 | x | x | CD With Information from Phone Number 304-919-9550 | (C. Dillon) |
| 8A | | 1/8/2019 | x | x | Certificate of Authenticity from T Mobile dated 9/24/2018 | (C. Dillon) |
| 9 | | 1/8/2019 | x | x | Handwritten List of Phone Numbers | (C. Dillon) |
| 10 | | 1/8/2019 | x | x | Chart Summarizing Contact With Wysinger and Sullivan/McBrearty | (C. Dillon) |
| 53 | | 1/8/2019 | x | x | CD With Information from Phone Number 443-591-2398 | (C. Dillon) |
| 53A | | 1/8/2019 | x | x | Certificate of Authenticity from AT&T dated 9/14/2018 | (C. Dillon) |
| 12 | | 1/8/2019 | x | x | CD Labeled Jump Phone Extraction | (S. Thompson) |
| 12A | | 1/8/2019 | x | x | 2015 Jump Extration Report | (S. Thompson) |
| 13 | | 1/8/2019 | x | x | CD Labeled Seibert Phone Extraction | (S. Thompson) |
| 13A | | 1/8/2019 | x | x | Summary of Phone Examination Report Properties dated 08/31/2015 | (S. Thompson) |
| 13B | | 1/8/2019 | x | x | Full Report of Phone Examination Report Properties dated 08/31/2015 | (S. Thompson) |
| 14 | | 1/8/2019 | x | x | Communications between Jump and Seibert | (S. Thompson) |
| 15 | | 1/8/2019 | x | x | Communications between Jump and Seibert, and Jump and Wysinger | (S. Thompson) |
| 11 | | 1/8/2019 | x | x | CD With Information Labeled McBrearty-Sullivan Phone Extration | (S. Thompson) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | KENDALL DEMARKO WYSINGER | CASE NO. 5:17CR00022 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 11A | | 1/8/2019 | x | x | Extration Report, Extraction date of 9/28/2018 | (S. Thompson) |
| 16 | | 1/8/2019 | x | x | Photograph of Discovery from J. Tichinel | (J. Tichinel) |
| 17 | | 1/9/2019 | x | x | DHS Chain of Custody Form Dated 5/19/2016 | (C. Rose) |
| 17A | | 1/9/2019 | x | x | Ocean City Police Department Chain of Custody Form | (C. Rose) |
| 18 | | 1/9/2019 | x | x | Extraction Report - Evidence Number Cell 2 | (J. Mizell) |
| 19 | | 1/9/2019 | x | x | Excerpt from the Photo Section of the Extraction Report - Evidence Number Cell 2 | (J. Mizell) |
| 20C | | 1/9/2019 | x | x | Photo of Woman #3 | (J. Mizell) |
| 20A | | 1/9/2019 | x | x | Photo of Woman #7 | (J. Mizell) |
| 20B | | 1/9/2019 | x | x | Photo of Woman #8 | (J. Mizell) |
| 20E | | 1/9/2019 | x | x | Photo of Woman #9 | (J. Mizell) |
| 21 | | 1/9/2019 | x | x | Extraction Report - Evidence Number Cell 1 | (J. Mizell) |
| 22 | | 1/9/2019 | x | x | Excerpt from the Photo Section of the Extraction Report - Evidence Number Cell 1 | (J. Mizell) |
| 23 | | 1/9/2019 | x | x | Communications Between Feiser & Wysinger | (J. Mizell) |
| 24 | | 1/9/2019 | x | x | Communications Between Garza & Wysinger | (J. Mizell) |
| 25 | | 1/9/2019 | x | x | Communications Between Jump & Wysinger | (J. Mizell) |
| 26 | | 1/9/2019 | x | x | Communications Between "Young" & Wysinger, "Donta" & Wysinger | (J. Mizell) |
| 27 | | 1/9/2019 | x | x | Wysinger Internet Searches | (J. Mizell) |
| 28 | | 1/9/2019 | x | x | Files on Computer for User Demarko38 | (K. Shafer) |
| 29 | | 1/9/2019 | x | x | Browser History for User Demarko38 re Skye | (K. Shafer) |
| 30 | | 1/9/2019 | x | x | Browser History for User Demarko38 re Backpage 08/23/2014 | (K. Shafer) |
| 31 | | 1/9/2019 | x | x | Browser History for User Demarko38 re Backpage 12/7/2014 | (K. Shafer) |
| 32 | | 1/9/2019 | x | x | Spotlight Search Results | (T. Hudson) |
| 33 | | 1/10/2019 | x | x | 911 Audio Call 3/23/2016 | (T. McBrearty) |
| 36 | | 1/10/2019 | x | x | Photo of Outside of Room 219 | (T. Kalkbrenner) |
| 37 | | 1/10/2019 | x | x | Photo of Air Conditioner and Bed | (T. Kalkbrenner) |
| 38 | | 1/10/2019 | x | x | Photo of Chairs and Bed from Corner of Room | (T. Kalkbrenner) |
| 39 | | 1/10/2019 | x | x | Photo of Bed, Table, Chair, and Corner Seat | (T. Kalkbrenner) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. KENDALL DEMARKO WYSINGER | | | CASE NO. 5:17CR00022 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 40 | | 1/10/2019 | x | x | Photo of Bathroom | (T. Kalkbrenner) |
| 41 | | 1/10/2019 | x | x | Request for Lab Analysis | (T. Fox) |
| 34 | | 1/10/2019 | x | x | Screen Shot of Facebook Messenger dated 3/25/2016 | (T. Hickey) |
| 35 | | 1/10/2019 | x | x | Screen Shot of Facebook Messenger "Kendall Dem..." | (T. Hickey) |
| 45 | | 1/10/2019 | x | x | Caribbean Swag Braids Ad | (T. Hickey) |
| 46 | | 1/10/2019 | x | x | Caribbean Swag Braids Ad with Address | (T. Hickey) |
| 47 | | 1/10/2019 | x | x | Photo from Caribbean Swag Braids of Side of Wysinger | (T. Hickey) |
| 48 | | 1/10/2019 | x | x | Communications and Internet Activity for 3/23/2016 | (T. Hickey) |
| 49 | | 1/10/2019 | x | x | West Virginia Registration Check | (T. Hickey) |
| 50 | | 1/10/2019 | x | x | Certificate of Authenticity of kendall.wysinger & demarko.wysinger | (T. Hickey) |
| 51 | | 1/10/2019 | x | x | Wysinger Facebook Search Results | (T. Hickey) |
| 52 | | 1/10/2019 | x | x | Kendall Wysinger Facebook Messages | (T. Hickey) |
| 43 | | 1/11/2019 | x | x | Department of Forensic Science Certificate of Analysis - McBrearty | (K. Schneider) |
| 42 | | 1/11/2019 | x | x | Department of Forensic Science Certificate of Analysis - Sullivan | (K. Schneider) |
| 44 | | 1/11/2019 | x | x | CME 1 Form - Sullivan | (J. Posthumus) |

Page 3 of 3 Pages