FILED IN OPEN COURT
DATE 1/14/19
BY [signature]
DEPUTY CLERK

HARRISONBURG DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENDALL DEMARKO WYSINGER, )<br>)<br>Defendant. ) | Criminal Action No. 5:17-cr-00022<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

## **VERDICT FORM**

Please answer each of the following questions by checking one of the two options:

On **Count 1** of the indictment, alleging that the defendant KENDALL DEMARKO WYSINGER conspired to commit sex trafficking, we, the jury, find the defendant:

    ✓ Guilty                  ___ Not guilty

On **Count 2** of the indictment, alleging that the defendant KENDALL DEMARKO WYSINGER knowingly transported an individual in interstate commerce for prostitution, we, the jury, find the defendant:

    ✓ Guilty                  ___ Not guilty

On **Count 3** of the indictment, alleging that the defendant, KENDALL DEMARKO WYSINGER, knowingly and intentionally distributed, or possessed with intent to distribute, fentanyl, we, the jury, find the defendant:

    ✓ Guilty                  ___ Not guilty

**ANSWER THE NEXT QUESTION ONLY
IF YOUR RESPONSE ON COUNT 3 ABOVE WAS "GUILTY."**

We, the jury, find beyond a reasonable doubt that the defendant's distribution, or possession with intent to distribute fentanyl, resulted in the serious bodily injury or death of C.S.S.:

    ✓ Yes                  ___ No

On **Count 4** of the indictment, alleging that the defendant, KENDALL DEMARKO WYSINGER, knowingly and intentionally distributed, or possessed with intent to distribute, fentanyl, we, the jury, find the defendant:

✓ Guilty    ___ Not guilty

### ANSWER THE NEXT QUESTION ONLY IF YOUR RESPONSE ON COUNT 4 ABOVE WAS "GUILTY."

We, the jury, find beyond a reasonable doubt that the defendant's distribution, or possession with intent to distribute fentanyl, resulted in the serious bodily injury of T.J.M.:

✓ Yes    ___ No

On **Count 5** of the indictment, alleging that the defendant, KENDALL DEMARKO WYSINGER, committed evidence tampering as defined in the court's instructions, we, the jury, find the defendant:

✓ Guilty    ___ Not guilty

On **Count 6** of the indictment, alleging that the defendant, KENDALL DEMARKO WYSINGER, committed witness tampering as defined in the court's instructions, we, the jury, find the defendant:

___ Guilty    ✓ Not guilty

After marking your verdict, your foreperson should sign and date this form below and tell the court security officer that you have reached a verdict and are ready to return to the courtroom.

_[signature]_
FOREPERSON'S SIGNATURE

Jerron W. Carter
FOREPERSON'S PRINTED NAME

2019/01/14
DATE